UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CURTAYASIA TAYLOR,

                    Plaintiff,                                    18 **CIVIL** 1278

        -against-                                 **JUDGMENT**

NEW YORK CITY TRANSIT AUTHORITY,
                    Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable William H. Pauley, III, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
             September 13 , 2019

                                                                    **RUBY J. KRAJICK**

So Ordered:                                                 **Clerk of Court**

                                                        **BY:**

**U.S.D.J.**                                             **Deputy Clerk**