UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CURTAYASIA TAYLOR,

     Plaintiff,

 -against-

METROPOLITAN TRANSPORTATION
AUTHORITY, *et al.*,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

18cv1278

MEMORANDUM & ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    Plaintiff Curtaysia Taylor, pro se, moves for an extension of time to file a notice of appeal of this Court's December 27, 2019 Memorandum & Order denying her Motion for Judgment as a Matter of Law Notwithstanding the Verdict. (ECF No. 129 (the "Order").)

    Pursuant to 28 U.S.C. § 2107(a), parties must file notices of appeal within thirty days of the entry of judgment. Bowles v. Russell, 551 U.S. 205, 208 (2007); Fed. R. App. P. 4(a)(1)(A). However, Federal Rule of Appellate Procedure 4(a)(5) provides that "[t]he district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by [Rule 4(a)(1)] expires; and (ii) . . . [the] party shows excusable neglect or good cause."

    This Court docketed the Order on December 27, 2019 and Taylor moved for an extension on January 27, 2020—just one day after a notice of appeal would be considered timely under Rule 4(a)(1)(A). Thus, Taylor satisfies Rule 4(a)(5)(A)(i). For excusable neglect under Rule 4(a)(5)(A)(ii), Taylor cites "[m]iscommunication from previous attorney's office handling the case on [her] behalf." (ECF No. 130). This Court finds that the confluence of Taylor

proceeding pro se on appeal, filing her notice of appeal only a single day late, and purported miscommunications with her prior attorneys falls within the penumbra of excusable neglect under Rule 4(a)(5)(A)(ii).

## CONCLUSION

For the foregoing reasons, Taylor's motion for an extension of time to file a notice of appeal is granted. The Clerk of Court is directed to terminate the motion pending at ECF No. 130.

Dated: April 21, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.